# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ALLISON BRADLEY,

     Plaintiff,

v.                                   Case No. 8:18-cv-2830-T-02SPF

OCWEN LOAN SERVICING, LLC

     Defendant.

_____/

## ORDER

This matter came before the Court upon a noticed pretrial conference, at which only the defense counsel appeared. Plaintiff's former counsel had submitted a response concerning his charging lien. Dkt. 94. The case recently settled, and the only matter left to resolve was the amount of fees due Plaintiff's former counsel.

The Court has reviewed the docket, and is aware of it historically from handling the matter as well. The Court further discussed with the defense attorney the extent and nature of the case work on this file. The charging lienor did not file a retention agreement or any time sheets or affidavit of costs, nor any expert affidavit in support of the fees or a rate. The Court determines that this matter of fees is to be adjudicated on a quantum meruit basis, given that the attorney-client

relationship had been severed formally by former counsel's motion to withdraw, and the apparent discharge of former counsel by the Plaintiff.

The Court is very experienced in adjudicating fee matters in this District. For a case involving this minimal amount of work, and with the result achieved (per the sealed settlement agreement), the Court instructs the Defendant to remit $1848 in costs to former counsel, and $6000 in fees to former counsel (which approximates 24 hours at a reasonable fee of $250). The remainder of the settlement shall be remitted to Plaintiff under the terms of the settlement agreement.

The Clerk is directed to terminate any pending motions and deadlines and to close the case.

**DONE AND ORDERED** at Tampa, Florida, on November 1, 2019.


*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, pro se