**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALLISON BRADLEY,

    Plaintiff,

v.    Case No:  8:18-cv-2830-WFJ-SPF

OCWEN LOAN SERVICING LLC,

    Defendant.

_____

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii, )Plaintiff, Allison Bradley, and Defendant, Ocwen Loan Servicing, LLC, hereby stipulate to the dismissal of the above matter with prejudice.  Both parties will bear their own fees and costs.

Dated:  December 2, 2019

| | |
|---|---|
| */s/ Allison Bradley* | */s/Aliza Malouf* |
| Allison Bradley | Aliza Malouf, Esq. |
| *Pro se* | Florida Bar No. 1010546 |
| 405 Papaya Drive | Hunton, Andrews, Kurth LLP |
| Tampa. Florida 33619 | 1445 Ross Avenue, Suite 3700 |
| *Plaintiff* | Dallas, TX 75202 |
| | Tel: 214-979-8229 |
| | amalouf@HuntonAK.com |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I certify that on December 2, 2019, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on Plaintiff via overnight mail to Allison Bradley 405 Papaya Drive, Tampa, FL 33619.

*/s/ Aliza Malouf*_____
Aliza Malouf